IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JOSHUA WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 09-736-AC |
| v. | ) | |
| | ) | O R D E R |
| MUNSEN PAVING, LLC, an Oregon limited liability corporation, | ) ) ) | |
| Defendant. | ) ) | |

Jeffrey S. Mutnick
737 SW Vista Avenue
Portland, Oregon  97205

Karen R. Thompson
3 Monroe Parkway, Suite P#107
Portland, Oregon  97035

    Attorneys for Plaintiff

Page 1 - ORDER

Jay Richard Chock
John R. Barhoum
Dunn Carney Allen Higgins & Tongue, LLP
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204-1357

      Attorneys for Defendant

KING, Judge:

The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on November 6, 2009.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Acosta's Findings and Recommendation dated November 6, 2009 (#13) in its entirety.

IT IS HEREBY ORDERED that Munsen Paving's Motion to Dismiss (#6) is GRANTED in part and DENIED in part, with leave to Williamson to amend.  Munsen Paving's Rule 12(e) Motion is GRANTED and Williamson is directed to provide a more definite statement of what conduct Munsen Paving allegedly engaged in and what specific regulations that conduct violated.

DATED this     30th     day of November, 2009.

                         /s/ Garr M. King
                              GARR M. KING
                         United States District Judge