IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JOSHUA WILLIAMSON**,

        Plaintiff,

   v.

**MUNSEN PAVING LLC,** an Oregon limited liability corporation,

        Defendant.
_____

Civil Case No. 09-736-AC

O R D E R

       Jeffrey S. Mutnick
       737 SW Vista Avenue
       Portland, Oregon  97205

       Karen R. Thompson
       3 Monroe Parkway, Suite P #107
       Portland, OR 97035

            Attorneys for Plaintiff

Page 1 - ORDER

  Jay Richard Chock
  John R. Barhoum
  Dunn Carney Allen Higgins & Tongue, LLP
  851 SW Sixth Avenue, Suite 1500
  Portland , Oregon  97204-1357

   Attorneys for Defendant

KING, Judge:

  The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on March 2, 2010.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

  Accordingly, I ADOPT  Magistrate Judge Acosta's Findings and Recommendation dated March 2, 2010 (#27) in its entirety.

  IT IS HEREBY ORDERED that Munsen's Second Rule 12(b)(6) Motion (#18) is granted in part and denied in part.

  DATED this    19th    day of March, 2010.

          /s/ Garr M. King
         GARR M. KING
        United States District Judge